1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL LYNN WATERS,

11              Plaintiff,                    No. CIV S-10-2323 EFB P

12        vs.

13   ZAMORA,

14              Defendant.                    <u>ORDER</u>

15   _____/

16        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.

18        Plaintiff alleges a violation of his civil rights in Corcoran, California.  Corcoran is in the

19   Fresno Division of this court and the action should have been commenced there.  *See* Local Rule

20   120(d).

21        Accordingly, it is hereby orderd that:

22        1.  This action is transferred to the Fresno Division.

23        2.  The Clerk of Court shall assign a new case number.

24   ////

25   ////

26   ////

1

3.  All future filings shall bear the new case number and shall be filed at:

United States District Court
Eastern District of California
2500 Tulare Street
Fresno, CA 93721

DATED:  September 9, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE